# Order

Michigan Supreme Court
Lansing, Michigan

October 28, 2011

142914 & (96)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

RODNEY HANNA,
　　　　　Plaintiff-Appellee,

v

DARIO MERLOS, D.D.S.,
　　　　　Defendant-Appellant.

SC:  142914
COA: 289513
Wayne CC: 07-732805-NH

_____/

　　　　On order of the Court, the motion for leave to file brief amicus curiae is GRANTED.  The application for leave to appeal the March 3, 2011 judgment of the Court of Appeals is considered.  We direct the Clerk to schedule oral argument on whether to grant the application or take other action.  MCR 7.302(H)(1).  The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2011

_____
Clerk

p1025